**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: FRISBEE, LINDA MARIE | § Case No. 09-74568 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE             </u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 03/16/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/07/2011          By:  /s/BERNARD J. NATALE
                                                           Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: FRISBEE, LINDA MARIE | § | Case No. 09-74568 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,000.06 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 4,000.06 |
| **Balance on hand:** | $ 4,000.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,000.06 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,000.02 | 0.00 | 1,000.02 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,000.00 | 0.00 | 1,000.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 24.77 | 0.00 | 24.77 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,274.79 |
| Remaining balance: | $ 1,725.27 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,725.27

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,725.27

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,231.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 3,186.67 | 0.00 | 151.74 |
| 2 | American Infosource LP | 935.81 | 0.00 | 44.56 |
| 3 | Discover Bank | 2,068.12 | 0.00 | 98.48 |
| 4 | American Infosource LP | 216.76 | 0.00 | 10.32 |
| 5 | Recovery Management Systems Corp | 13,916.50 | 0.00 | 662.68 |
| 6 | Chase Bank USA, N.A. | 4,496.32 | 0.00 | 214.11 |
| 7 | RBS Citizens | 1,111.94 | 0.00 | 52.95 |
| 8 | American Express Centurion Bank | 1,330.73 | 0.00 | 63.37 |
| 9 | Chase Bank USA, N.A. | 589.41 | 0.00 | 28.07 |
| 10 | Chase Bank USA, N.A. | 3,414.34 | 0.00 | 162.58 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | Chase Bank USA, N.A. | 2,498.63 | 0.00 | 118.98 |
| 12 | Chase Bank USA, N.A. | 1,957.98 | 0.00 | 93.24 |
| 13 | Recovery Management Systems Corp | 508.05 | 0.00 | 24.19 |

Total to be paid for timely general unsecured claims: $ 1,725.27
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:  /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

NOTE: ATTORNEY HAS TAKEN VOLUNTARY REDUCTION IN FEES TO INCREASE DISTRIBUTION TO UNSECURED CREDITORS.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett              Page 1 of 2                   Date Rcvd: Feb 11, 2011
Case: 09-74568                Form ID: pdf006             Total Noticed: 46

The following entities were noticed by first class mail on Feb 13, 2011.
db           +Linda Marie Frisbee,   229 S Lincoln St,   South Beloit, IL 61080-1236
aty          +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty          +Ross T Brand,   Geraci Law L.L.C.,   55 E. Monroe St. Suite #3400,   Chicago, IL 60603-5920
aty          +Scott E Hillison,   6833 Stalter Drive Ste 201,   Rockford, IL 61108-2582
tr           +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
14599367     +AMEX,   Attn: Bankruptcy Dept.,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
14599354     +Amcore BANK N A,   Attn: Bankruptcy Dept.,   501 7Th St,   Rockford, IL 61104-1299
15187624      American Express Centurion Bank,   c/o Becket and Lee, LLP,   P.O. Box 3001,
               Malvern, PA 19355-0701
14599369     +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
14599373     +CHASE,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14599381    ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:  Washington Mutual Card Svcs.,   Bankruptcy Department,   PO Box 660487,
               Dallas, TX 75266)
14599370     +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
14599351     +Capital ONE, N.A.,   Attn: Bankruptcy Dept.,   2730 Liberty Ave,   Pittsburgh, PA 15222-4704
14599359     +Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,   Richmond, VA 23285-5520
14599380     +Capital One,   Bankruptcy Department,   PO Box 6492,   Carol Stream, IL 60197-6492
14604696     +Capital One Auto Finance,   P O Box 829009,   Dallas TX 75382-9009
15100138      Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 71083,
               Charlotte, NC 28272-1083
15106124     +Capital Recovery III LLC As Assignee of CAPITAL ON,   Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14599383     +Charter One Bank, N.A.,   Bankruptcy Department,   PO BOX 42010,   Providence, RI 02940-2010
15132975      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15206600     +Chase Bank USA, N.A.,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,
               Dallas, TX 75374-0933
14599355     +Equifax,   Attn: Bankruptcy Dept.,   P.O. Box 740241,   Atlanta, GA 30374-0241
14599356     +Experian,   Attn: Bankruptcy Dept.,   P.O. Box 2002,   Allen, TX 75013-2002
14599350     +First American Credit,   Attn: Bankruptcy Dept.,   746 4Th St,   Beloit, WI 53511-4495
14599366     +HSBC BANK,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
14599358     +HSBC/Brgnr,   Attn: Bankruptcy Dept.,   Po Box 15521,   Wilmington, DE 19850-5521
14599353     +Law Office of John P. Frye,   Bankruptcy Department,   PO Box 13386,   Roanoke, VA 24033-3386
14599361      Meyer & Njus,   Attn: Bankruptcy Department,   111 N. State 11th Fl Ste 93,   Chicago, IL 60602
14599379      Michael D. Fine,   Bankruptcy Department,   400 W. State St.,   Chicago, IL 60603
14599368     +NCO Financial System,   Bankruptcy Department,   PO Box 15630,   Wilmington, DE 19850-5630
15168921     +RBS Citizens,   480 Jefferson Blvd,   RJE 135,   Warwick RI 02886-1359
14599365     +RBS Citizens NA,   Attn: Bankruptcy Dept.,   1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
14599363     +Sears/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
14599364     +Target NB,   Attn: Bankruptcy Dept.,   Po Box 673,   Minneapolis, MN 55440-0673
14599357     +TransUnion,   Attn: Bankruptcy Dept.,   P.O. Box 1000,   Chester, PA 19016-1000
14599382     +Union Plus,   Attn: Bankruptcy Dept.,   PO Box 17051,   Baltimore, MD 21297-1051
14599378     +Winnebago County Courthouse,   Doc# 09SC3858,   400 W. State St.,   Rockford, IL 61101-1221
14599372     +Zwicker & Associates, PC,   Bankruptcy Department,   80 Minuteman Rd.,   Andover, MA 01810-1008
The following entities were noticed by electronic transmission on Feb 11, 2011.
15063771      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 11 2011 22:55:49
               AMERICAN INFOSOURCE LP AS AGENT FOR,   TARGET,   PO Box 248866,   Oklahoma City, OK  73124-8866
14599352     +E-mail/Text: ACF-EBN@acf-inc.com                            Atlantic Credit & Finance, Inc,
               PO Box 13386,   Roanoke, VA 24033-3386
15074434      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 11 2011 22:56:42     DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14599371     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 11 2011 22:56:42     Discover FIN SVCS LLC,
               Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
15420544     +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2011 02:15:47
               GE Money Bank dba JCPENNEY CREDIT SERVICES,   Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14599360     +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2011 02:15:47     GEMB/JCP,   Attn: Bankruptcy Dept.,
               Po Box 984100,   El Paso, TX 79998-4100
14599362     +E-mail/PDF: cr-bankruptcy@kohls.com Feb 11 2011 22:57:06     Kohls/Chase,
               Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
15063355      E-mail/PDF: BNCEmails@blinellc.com Feb 11 2011 22:57:00     Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14599374*    +CHASE,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14599376*    +CHASE,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14599377*    +CHASE,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14599375*    +HSBC BANK,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
                                                                                               TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: vgossett           Page 2 of 2            Date Rcvd: Feb 11, 2011
Case: 09-74568                Form ID: pdf006          Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2011**                    **Signature:** _/s/ Joseph Speetjens_