**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: FRISBEE, LINDA MARIE       § Case No. 09-74568
                                  §
                                  §
Debtor(s)                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $98,250.00          Assets Exempt: $20,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,725.27     Claims Discharged
                                               Without Payment: $45,199.99

Total Expenses of Administration: $2,274.79

3) Total gross receipts of $ 4,000.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,000.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $19,297.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,770.04 | 2,274.79 | 2,274.79 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 40,641.00 | 36,231.26 | 36,231.26 | 1,725.27 |
| **TOTAL DISBURSEMENTS** | $59,938.00 | $40,001.30 | $38,506.05 | $4,000.06 |

  4) This case was originally filed under Chapter 7 on October 19, 2009. The case was pending for 18 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2011  By: /s/BERNARD J. NATALE
          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Conveyance Re: Transfer of Funds | 1241-000 | 4,000.00 |
| Interest Income | 1270-000 | 0.06 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.06** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Amcore BANK N A | 4110-000 | 14,263.00 | N/A | N/A | 0.00 |
| NOTFILED | First American Credit | 4110-000 | 5,034.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$19,297.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 24.77 | 24.77 | 24.77 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,495.25 | 1,000.00 | 1,000.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,000.02 | 1,000.02 | 1,000.02 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,770.04 | 2,274.79 | 2,274.79 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 7100-000 | N/A | 3,186.67 | 3,186.67 | 151.74 |
| 2 | American Infosource LP | 7100-000 | 935.00 | 935.81 | 935.81 | 44.56 |
| 3 | Discover Bank | 7100-000 | N/A | 2,068.12 | 2,068.12 | 98.48 |
| 4 | American Infosource LP | 7100-000 | N/A | 216.76 | 216.76 | 10.32 |
| 5 | Recovery Management Systems Corp | 7100-000 | 13,881.00 | 13,916.50 | 13,916.50 | 662.68 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 4,496.00 | 4,496.32 | 4,496.32 | 214.11 |
| 7 | RBS Citizens | 7100-000 | 1,960.00 | 1,111.94 | 1,111.94 | 52.95 |
| 8 | American Express Centurion Bank | 7100-000 | N/A | 1,330.73 | 1,330.73 | 63.37 |
| 9 | Chase Bank USA, N.A. | 7100-000 | 720.00 | 589.41 | 589.41 | 28.07 |
| 10 | Chase Bank USA, N.A. | 7100-000 | 3,414.00 | 3,414.34 | 3,414.34 | 162.58 |
| 11 | Chase Bank USA, N.A. | 7100-000 | 2,205.00 | 2,498.63 | 2,498.63 | 118.98 |
| 12 | Chase Bank USA, N.A. | 7100-000 | 1,828.00 | 1,957.98 | 1,957.98 | 93.24 |
| 13 | Recovery Management Systems Corp | 7100-000 | 508.00 | 508.05 | 508.05 | 24.19 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Law Firm(s) \| Collection Agent(s) Representing the | 7100-000 | 1,916.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Firm(s) \| Collection Agent(s) Representing the | 7100-000 | 124.00 | N/A | N/A | 0.00 |
| NOTFILED | 24 Union Plus | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | 25 Washington Mutual Card Svcs. Bankruptcy Department | 7100-000 | 2,700.00 | N/A | N/A | 0.00 |
| NOTFILED | 21 Sears/CBSD | 7100-000 | 873.00 | N/A | N/A | 0.00 |
| NOTFILED | 17 HSBC BANK | 7100-000 | 3,159.00 | N/A | N/A | 0.00 |
| NOTFILED | 18 HSBC/Brgnr | 7100-000 | 122.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 40,641.00 | 36,231.26 | 36,231.26 | 1,725.27 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-74568  
**Case Name:** FRISBEE, LINDA MARIE  

**Period Ending:** 05/11/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 10/19/09 (f)  
**§341(a) Meeting Date:** 11/24/09  
**Claims Bar Date:** 05/05/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 229 S Lincoln South Beloit IL | 44,500.00 | 1,237.00 | DA | 0.00 | FA |
| 2 | 7209 S Pinnow Grove Rd Beloit<br>   Orig. Asset Memo: Has underground storage tanks that would cost $10,000 to clean up.  Property cannot be transferred with clean up being done first.; | 36,700.00 | 24,700.00 | DA | 0.00 | FA |
| 3 | 3 Non-conforming lots owned jointly | 7,500.00 | 1,500.00 | DA | 0.00 | FA |
| 4 | Chkg Acct w/ First American Cr Union | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household Goods & Furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Books, Compact Discs, Tapes, etc | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | Sporting goods and hobby equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Term Life Insur/No Cash Value | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 02 Chevy Trailblazer w/80,000 miles | 6,750.00 | 0.00 | DA | 0.00 | FA |
| 12 | Fraudulent Conveyance Re: Transfer of Funds  (u) | 0.00 | 4,000.00 | | 4,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.06 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$98,250.00** | **$31,437.00** | | **$4,000.06** | **$0.00** |

**Major Activities Affecting Case Closing:**

  RINAL REPORT FILED

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010        **Current Projected Date Of Final Report (TFR):**    February 7, 2011  (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 09-74568 | | Trustee: | BERNARD J. NATALE (330370) |
| Case Name: | FRISBEE, LINDA MARIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******34-65 - Money Market Account |
| Taxpayer ID #: | **-***2114 | | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/18/10 | {12} | William Frisbee | Pymt Re: Fraudulent Conveyance | 1241-000 | 4,000.00 | | 4,000.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 4,000.01 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.04 |
| 01/19/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.02 | | 4,000.06 |
| 01/19/11 | | To Account #9200******3466 | | 9999-000 | | 4,000.06 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 4,000.06 | 4,000.06 | $0.00 |
| Less: Bank Transfers | 0.00 | 4,000.06 | |
| **Subtotal** | 4,000.06 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,000.06** | **$0.00** | |

{} Asset reference(s)    Printed: 05/11/2011 04:02 PM    V.12.56

Case 09-74568    Doc 42    Filed 05/23/11    Entered 05/23/11 10:35:41    Desc Main
Document      Page 8 of 9

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-74568  
**Case Name:** FRISBEE, LINDA MARIE  

**Taxpayer ID #:** **-***2114  
**Period Ending:** 05/11/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******34-66 - Checking Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/11 | | From Account #9200******3465 | | 9999-000 | 4,000.06 | | 4,000.06 |
| 03/16/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,000.02, Trustee Compensation; Reference: | 2100-000 | | 1,000.02 | 3,000.04 |
| 03/16/11 | 102 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: ADVERSARY FEE | 2700-000 | | 250.00 | 2,750.04 |
| 03/16/11 | 103 | Roundup Funding, LLC | Distribution paid 4.76% on $3,186.67; Claim# 1; Filed: $3,186.67; Reference: 0931/5375 | 7100-000 | | 151.74 | 2,598.30 |
| 03/16/11 | 104 | American Infosource LP | Distribution paid 4.76% on $935.81; Claim# 2; Filed: $935.81; Reference: 2913 | 7100-000 | | 44.56 | 2,553.74 |
| 03/16/11 | 105 | Discover Bank | Distribution paid 4.76% on $2,068.12; Claim# 3; Filed: $2,068.12; Reference: 5506 | 7100-000 | | 98.48 | 2,455.26 |
| 03/16/11 | 106 | American Infosource LP | Distribution paid 4.76% on $216.76; Claim# 4; Filed: $216.76; Reference: 5803 | 7100-000 | | 10.32 | 2,444.94 |
| 03/16/11 | 107 | Recovery Management Systems Corp | Distribution paid 4.76% on $13,916.50; Claim# 5; Filed: $13,916.50; Reference: 2782 | 7100-000 | | 662.68 | 1,782.26 |
| 03/16/11 | 108 | RBS Citizens | Distribution paid 4.76% on $1,111.94; Claim# 7; Filed: $1,111.94; Reference: 9661 | 7100-000 | | 52.95 | 1,729.31 |
| 03/16/11 | 109 | American Express Centurion Bank | Distribution paid 4.76% on $1,330.73; Claim# 8; Filed: $1,330.73; Reference: 1008 | 7100-000 | | 63.37 | 1,665.94 |
| 03/16/11 | 110 | Chase Bank USA, N.A. | Distribution paid 4.76% on $589.41; Claim# 9; Filed: $589.41; Reference: 0094 | 7100-000 | | 28.07 | 1,637.87 |
| 03/16/11 | 111 | Recovery Management Systems Corp | Distribution paid 4.76% on $508.05; Claim# 13; Filed: $508.05; Reference: 1829 | 7100-000 | | 24.19 | 1,613.68 |
| 03/16/11 | 112 | BERNARD J. NATALE, LTD. | Combined Check for Claims#EXP,ATTY | | | 1,024.77 | 588.91 |
| | | | Dividend paid 100.00% 24.77 on $24.77; Claim# EXP; Filed: $24.77 | 3120-000 | | | 588.91 |
| | | | Dividend paid 100.00% 1,000.00 on $1,000.00; Claim# ATTY; Filed: $2,495.25 | 3110-000 | | | 588.91 |
| 03/16/11 | 113 | Chase Bank USA, N.A. | Combined Check for Claims#6,10,11,12 | | | 588.91 | 0.00 |
| | | | Dividend paid 4.76% on 214.11 $4,496.32; Claim# 6; Filed: $4,496.32; Reference: 7189 | 7100-000 | | | 0.00 |
| | | | Dividend paid 4.76% on 162.58 $3,414.34; Claim# 10; Filed: $3,414.34; | 7100-000 | | | 0.00 |

Subtotals :       $4,000.06       $4,000.06

{} Asset reference(s)                                         Printed: 05/11/2011 04:02 PM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-74568  
**Case Name:** FRISBEE, LINDA MARIE  

**Taxpayer ID #:** **-***2114  
**Period Ending:** 05/11/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******34-66 - Checking Account  
**Blanket Bond:** $552,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: 2232 | | | | |
| | | | Dividend paid  4.76% on   118.98 $2,498.63;  Claim# 11; Filed: $2,498.63; Reference: 9494 | 7100-000 | | | 0.00 |
| | | | Dividend paid  4.76% on   93.24 $1,957.98;  Claim# 12; Filed: $1,957.98; Reference: 0867 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,000.06 | 4,000.06 | $0.00 |
| | | | Less: Bank Transfers | | 4,000.06 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,000.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $4,000.06 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******34-65** | 4,000.06 | 0.00 | 0.00 |
| **Checking # 9200-******34-66** | 0.00 | 4,000.06 | 0.00 |
| | $4,000.06 | $4,000.06 | $0.00 |